```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 13121
   YAHCO D CAPLES
   RUBY CAPLES                                 CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3429    SSN XXX-XX-4616

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 10/13/2006 and was confirmed 05/02/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 08/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE SECURED VEHIC   29363.73         244.70         1467.80
CAPITAL ONE AUTO FINANCE UNSECURED       NOT FILED          .00             .00
R & R COUNTRY MOTORS INC SECURED NOT I   NOT FILED          .00             .00
ASPIRE                   UNSECURED         187.95           .00             .00
CITY OF CHICAGO PARKING  UNSECURED        3260.00           .00             .00
B-LINE LLC               UNSECURED        1050.87           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED        6470.70           .00             .00
IL DEPT OF EMPLOYMENT SE UNSECURED            .00           .00             .00
MERRICK BANK             UNSECURED       NOT FILED          .00             .00
PEOPLES GAS & LIGHT      UNSECURED        3446.13           .00             .00
SPRINT PCS               UNSECURED       NOT FILED          .00             .00
SPRINT-NEXTEL CORP       UNSECURED         703.29           .00             .00
TRIAD FINANCIAL CORP     UNSECURED       16023.56           .00             .00
US CELLULAR              UNSECURED       NOT FILED          .00             .00
WATSON MOTORSPORT LTD    UNSECURED       NOT FILED          .00             .00
ILLINOIS DEPT OF EMPLOYM UNSECURED        7268.00           .00             .00
ILLINOIS DEPT OF REVENUE PRIORITY          576.07           .00          181.18
ILLINOIS DEPT OF REVENUE UNSECURED          42.80           .00             .00
NELLA E MARIANI          DEBTOR ATTY     1,500.00                       1,500.00
TOM VAUGHN               TRUSTEE                                          224.32
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              3,618.00

PRIORITY                                     181.18
SECURED                                    1,467.80
   INTEREST                                  244.70
UNSECURED                                       .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13121 YAHCO D CAPLES & RUBY CAPLES
```

```
ADMINISTRATIVE                                            1,500.00
TRUSTEE COMPENSATION                                        224.32
DEBTOR REFUND                                                  .00
                                    ---------------   ---------------
TOTALS                                     3,618.00          3,618.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 12/05/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                         PAGE   2
        CASE NO. 06 B 13121 YAHCO D CAPLES & RUBY CAPLES